AO 440 (Rev. 12/09) Summons in a Civil Action

F I L E D
FEB 1 4 2011

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia – Richmond Division

| | |
|---|---|
| CODEMASTERS GROUP HOLDINGS LIMITED ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> SOUTHPEAK INTERACTIVE CORPORATION ) <br> ) <br> *Defendant* ) | Civil Action No. 3:11CV068 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Southpeak Interactive Corporation
c/o Registered Agent
Corporation Service Company
11 South 12th Street
Richmond, Virginia 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon H. Elledge
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, VA 22102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Fernando Galindo, Clerk

Date: JAN 2 6 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Southpeak Interactive Corporation</u>
was received by me on *(date)* <u>01-31-11</u>.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Rene Nordquist, Authorized Agent</u>, who is
designated by law to accept service of process on behalf of *(name of organization)* <u>Corporation Service Company
11 South 12th Street, Richmond, VA 23218</u> on *(date)* <u>02-01-11 1:50PM</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: <u>02-08-11</u>

*Server's signature*

<u>Kenneth V. Coundrey, Private Process Server</u>
*Printed name and title*
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Server's address*

Additional information regarding attempted service, etc:
\* Complaint with Exhibits