UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

CODEMASTERS GROUP HOLDINGS
LIMITED, a foreign corporation,

     *Plaintiff,*

v.

SOUTHPEAK INTERACTIVE
CORPORATION, a Delaware Corporation,

     *Defendant.*

Civil Action No. 3:11-cv-068

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
## FOR EXTENSION OF TIME

On January 26, 2011, Plaintiff Codemasters Group Holdings Limited ("Codemasters") filed this action against Defendant Southpeak Interactive Corporation ("Southpeak"). On February 1, Southpeak was served with the Complaint. As set forth in the Complaint, this suit is based on a breach of a Settlement Agreement and follows months of stalled negotiations and broken promises by Southpeak to honor its obligations under the Settlement Agreement and pay Codemasters the outstanding amount owed on invoices for the period June 2008 through April 2009 -- an amount totaling over $1.2 million.

After Codemasters was forced to file this lawsuit to collect what it is owed, Southpeak now is attempting again to stall this matter by asking for an unreasonable extension of thirty (30) days to respond to this suit. Southpeak requests an extension of time that is even longer than the twenty-one (21) days afforded under Fed. R. Civ. P. 12 to file a responsive pleading.

While it recently obtained counsel, Southpeak also purportedly requests an extension because it "has attempted to communicate with Codemasters" and so the parties may have a "meaningful discussion aimed at resolving" this matter. Southpeak had that opportunity prior to

the filing of this lawsuit, during which time it consistently refused to respond to Codemasters' efforts to resolve Southpeak's overdue payments.  Codemasters thus had no choice but to file this suit.

Since this litigation has commenced, there has been no communications between the parties.  Southpeak has merely emailed Codemasters' CEO within approximately the last week. Codemasters believes that this latest attempt is yet another delay tactic and is consistent with Southpeak's prior approach to not fulfilling their undisputed payment obligation to Codemasters. Good cause for an extension of time on these grounds, therefore, has not been shown and Codemasters respectfully requests that the Court deny Southpeak's motion.[1]

DATED:  February 22, 2011                    Respectfully submitted,


                                             _____/s/_____
                                             Brandon H. Elledge (VSB#:  45349)
                                             brandon.elledge@hklaw.com
                                             HOLLAND & KNIGHT LLP
                                             1600 Tysons Boulevard, Suite 700
                                             McLean, Virginia  22102
                                             Telephone:     (703) 720-8015
                                             Facsimile:     (703) 720-8610

                                             *Counsel for Plaintiff*
                                             *Codemasters Group Holdings Limited*

                                             Of Counsel:

                                             John M. Toriello, Esq.
                                             Christine Tramontano, Esq.
                                             HOLLAND & KNIGHT LLP
                                             31 West 52nd Street
                                             New York, New York  10059
                                             Telephone:  (212) 513-3200
                                             Facsimile:  (212) 385-9010

---

[1] In the event the Court is inclined to grant an extension of time, Codemasters respectfully respects that such extension be modest (and no more than 7 days) rather than the month long extension Southpeak has requested, so that the normally expedited pace and procedures of this Court can commence.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2011, I electronically filed the foregoing Opposition to Defendant's Motion for Extension of Time with the Clerk of Court using the CM/ECF systems, which will send a notification of such filing (NEF) to the following:

>William R. Poynter
>WILLIAMS MULLEN
>222 Central Park Avenue, Suite 1700
>Virginia Beach, VA 23462
>Telephone: (757) 499-8800
>Facsimile: (757) 473-0395
>
>*Counsel for Defendant*
>
>
>　　　　　　　　　　/s/
>Brandon H. Elledge (VSB#: 45349)
>brandon.elledge@hklaw.com
>HOLLAND & KNIGHT LLP
>1600 Tysons Boulevard, Suite 700
>McLean, Virginia 22102
>Telephone:　　(703) 720-8015
>Facsimile:　　(703) 720-8610
>
>*Counsel for Plaintiff*
>*Codemasters Group Holdings Limited*
>
>Of Counsel:
>
>John M. Toriello, Esq.
>Christine Tramontano, Esq.
>HOLLAND & KNIGHT LLP
>31 West 52nd Street
>New York, New York 10059
>Telephone: (212) 513-3200
>Facsimile: (212) 385-9010