UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CODEMASTERS GROUP HOLDINGS
LIMITED,

                        Plaintiff,

v.                                     Civil Action No. 3:11–CV–068

SOUTHPEAK INTERACTIVE
CORPORATION,

                        Defendant.

**<u>ORDER</u>**

THIS MATTER is before the Court on the Defendant's Motion for Extension of Time to File Responsive Pleadings. (Doc. No. 5). Upon due consideration, the Court GRANTS the motion and DIRECTS the Defendant to file its responsive pleadings no later than March 1, 2011.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                       /s/
                                        James R. Spencer
                                        Chief United States District Judge

ENTERED this   22nd   day of February 2011.