
FEB 22 2011
CLERK, U.S.
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:11-cv-068__, Case Name __CodeMasters Group Holdings Ltd. v. Southpeak Interactive Corp.__
Party Represented by Applicant: __Southpeak Interactive Corp.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Robert C. Van Arnam__
Bar Identification Number __NC 28838__ State __North Carolina__
Firm Name __Williams Mullen__
Firm Phone # __919.981.4000__ Direct Dial # __919.981.4055__ FAX # __919.981.4300__
E-Mail Address __rvanarnam@williamsmullen.com__
Office Mailing Address __P.O. Box 1000, Raleigh, NC 27602-1000__

Name(s) of federal court(s) in which I have been admitted __Fourth Circuit Court of Appeals__
__Dist. Courts for EDNC, MDNC, WDNC__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __✓__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)     2-22-2011 (Date)
Douglas M. Nabhan     24078
(Typed or Printed Name)     (VA Bar Number)

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted ____
The motion for admission is GRANTED __✓__ or DENIED ____

FEB 25 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

2-25-11
(Date)

/s/
James R. Spencer
Chief United States District Judge