**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| CODEMASTERS GROUP HOLDINGS LIMITED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHPEAK INTERACTIVE CORPORATION )<br>)<br>Defendant. ) | Civil Action No. 3:11-cv-068 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for:

**DEFENDANT – SOUTHPEAK INTERACTIVE CORPORATION**

in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

SOUTHPEAK INTERACTIVE CORPORATION

By : _____/s/_____
William R. Poynter
Virginia State Bar No. 48672
Counsel for Defendant
WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Telephone: (757) 499-8800
Facsimile: (757) 473-0395
wpoynter@williamsmullen.com

OF COUNSEL:

Robert C. Van Arnam
N.C. State Bar No. 28838
Counsel for Defendant
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4055
Facsimile: (919) 981-4300
rvanarnam@williamsmullen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2011, I electronically filed the foregoing Financial Interest Disclosure Statement using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Brandon H. Elledge
>HOLLAND & KNIGHT LLP
>Counsel for Plaintiff
>1600 Tysons Boulevard, Suite 700
>McLean, Virginia 22102
>Telephone: (703) 720-8015
>Facsimile: (703) 720-8610
>brandon.elledge@hklaw.com
>
>Christine Tramontano
>HOLLAND & KNIGHT LLP
>Counsel for Plaintiff
>31 West 52nd Street
>New York, New York 10059
>Telephone: (212) 513-3200
>Facsimile: (212) 385-9010
>john.toriello@hklaw.com
>christine.tramontano@hklaw.com

and also served a copy, along with a copy of the notification of such filing (NEF), via electronic mail, to the following non-filing user:

>John M. Toriello
>HOLLAND & KNIGHT LLP
>Counsel for Plaintiff
>31 West 52nd Street
>New York, New York 10059
>Telephone: (212) 513-3200
>Facsimile: (212) 385-9010
>john.toriello@hklaw.com

By:_____/s/_____
William R. Poynter