# EXHIBIT C

**Rosenthal & Rosenthal, Inc.**
1370 Broadway
New York, NY 10018

Page 1

## CLIENT STATEMENT
## TRADESTYLE DETAILS
## FOR THE MONTH OF DECEMBER, 2010

10538 / 03    CODEMASTERS, INC. - TAKE OVER
10 UNIVERSAL CITY PLAZA
LOS ANGELES, CA 91608
United States

Currency Code:    USD

| DATE | TRADESTYLE ACTIVITY | | | CHARGES/ COMMISSIONS | NET TS ACTIVITY | TRANSFERS TO FACILITY / INTEREST STATEMENT | | | TRADESTYLE TOTAL | ACCRUED CHARGES | DAILY GROSS COLLECTIONS | CUMULATIVE GROSS COLLECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GROSS SALES | DISCOUNT | CHG BACKS(-) /CR BACKS /RECOVERIES | | | CHARGES/ COMMISSIONS | COLLECTED FUNDS | NET TS TRANSFERS | | | | |
| 11/30/10 | BEGINNING BALANCE | | | | | | | | 1,290,000.00 | 0.00 | | |
| | Previous Month Charges/Commissions Assessed: | | | 0.00 | | | | | 1,290,000.00 | 0.00 | | 0.00 |
| 12/01/10 | | | | | | | | | 1,290,000.00 | 0.00 | 25,000.00 | 25,000.00 |
| 12/02/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 12/03/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 12/04/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 12/05/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 12/06/10 | | | | | | | -25,000.00 | -25,000.00 | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/07/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/08/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/09/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/10/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/11/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/12/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/13/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/14/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/15/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/16/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/17/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/18/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/19/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/20/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/21/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/22/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/23/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/24/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/25/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/26/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/27/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/28/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/29/10 | | | | | | | | | 1,265,000.00 | 0.00 | | 25,000.00 |
| 12/30/10 | | | -1,265,000.00 | | -1,265,000.00 | | | | 0.00 | 0.00 | | 25,000.00 |
| 12/31/10 | | | | | | | | | 0.00 | 0.00 | | 25,000.00 |
| TOTAL | 0.00 | 0.00 | -1,265,000.00 | 0.00 | -1,265,000.00 | 0.00 | -25,000.00 | -25,000.00 | | | | |

**Rosenthal & Rosenthal, Inc.**  
1370 Broadway  
New York, NY 10018

Page 1

## CLIENT STATEMENT
## TRADESTYLE DETAILS
## FOR THE MONTH OF NOVEMBER, 2010

10538 / 03   CODEMASTERS, INC. - TAKE OVER  
10 UNIVERSAL CITY PLAZA  
LOS ANGELES, CA 91608  
United States

Currency Code:   USD

| DATE | GROSS SALES | DISCOUNT | CHG BACKS(-) /CR BACKS /RECOVERIES | CHARGES/ COMMISSIONS | NET TS ACTIVITY | CHARGES/ COMMISSIONS | COLLECTED FUNDS | NET TS TRANSFERS | TRADESTYLE TOTAL | ACCRUED CHARGES | DAILY GROSS COLLECTIONS | CUMULATIVE GROSS COLLECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRIOR BALANCE | | | | | | | | 1,315,000.00 | 0.00 | | |
| 10/29/10 | | | | | | | | | 1,315,000.00 | 0.00 | 25,000.00 | |
| 10/31/10 | BEGINNING BALANCE | | | | | | | | 1,315,000.00 | 0.00 | | |
| | Previous Month Charges/Commissions Assessed: | | | 0.00 | | | | | 1,315,000.00 | 0.00 | | 25,000.00 |
| 11/01/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 25,000.00 |
| 11/02/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 25,000.00 |
| 11/03/10 | | | | | | | -25,000.00 | -25,000.00 | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/04/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/05/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/06/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/07/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/08/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/09/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/10/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/11/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/12/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/13/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/14/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/15/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/16/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/17/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/18/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/19/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/20/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/21/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/22/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/23/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/24/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/25/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/26/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/27/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/28/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/29/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| 11/30/10 | | | | | | | | | 1,290,000.00 | 0.00 | | 25,000.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25,000.00 | -25,000.00 | | | | |

**Rosenthal & Rosenthal, Inc.**  
1370 Broadway  
New York, NY 10018

Page 1

## CLIENT STATEMENT
## TRADESTYLE DETAILS
## FOR THE MONTH OF OCTOBER, 2010

10538 / 03    CODEMASTERS, INC. - TAKE OVER  
10 UNIVERSAL CITY PLAZA  
LOS ANGELES, CA 91608  
United States

Currency Code:    USD

| DATE | TRADESTYLE ACTIVITY | | | CHARGES/ COMMISSIONS | NET TS ACTIVITY | TRANSFERS TO FACILITY / INTEREST STATEMENT | | | TRADESTYLE TOTAL | ACCRUED CHARGES | DAILY GROSS COLLECTIONS | CUMULATIVE GROSS COLLECTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GROSS SALES | DISCOUNT | CHG BACKS(-) /CR BACKS /RECOVERIES | | | CHARGES/ COMMISSIONS | COLLECTED FUNDS | NET TS TRANSFERS | | | | |
| 9/30/10 | BEGINNING BALANCE | | | | | | | | 1,365,000.00 | 0.00 | | |
| | Previous Month Charges/Commissions Assessed: | | | 0.00 | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 10/01/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 10/02/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 10/03/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 10/04/10 | | | | | | | | | 1,365,000.00 | 0.00 | 25,000.00 | 25,000.00 |
| 10/05/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 25,000.00 |
| 10/06/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 25,000.00 |
| 10/07/10 | | | | | | | | -25,000.00 | -25,000.00 | 1,340,000.00 | 0.00 | 25,000.00 |
| 10/08/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/09/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/10/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/11/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/12/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/13/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/14/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/15/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/16/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/17/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/18/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 25,000.00 |
| 10/19/10 | | | | | | | | | 1,340,000.00 | 0.00 | 25,000.00 | 50,000.00 |
| 10/20/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 50,000.00 |
| 10/21/10 | | | | | | | | | 1,340,000.00 | 0.00 | | 50,000.00 |
| 10/22/10 | | | | | | | | -25,000.00 | -25,000.00 | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/23/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/24/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/25/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/26/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/27/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/28/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/29/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/30/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| 10/31/10 | | | | | | | | | 1,315,000.00 | 0.00 | | 50,000.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50,000.00 | -50,000.00 | | | | |

**Rosenthal & Rosenthal, Inc.**
1370 Broadway
New York, NY 10018

Page 1

CLIENT STATEMENT
TRADESTYLE DETAILS
FOR THE MONTH OF SEPTEMBER, 2010

10538 / 03   CODEMASTERS, INC. - TAKE OVER
10 UNIVERSAL CITY PLAZA
LOS ANGELES, CA 91608
United States

Currency Code:   USD

| DATE | GROSS SALES | DISCOUNT | CHG BACKS(-) /CR BACKS /RECOVERIES | CHARGES/ COMMISSIONS | NET TS ACTIVITY | CHARGES/ COMMISSIONS | COLLECTED FUNDS | NET TS TRANSFERS | TRADESTYLE TOTAL | ACCRUED CHARGES | DAILY GROSS COLLECTIONS | CUMULATIVE GROSS COLLECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/10 | BEGINNING BALANCE | | | | | | | | 1,365,000.00 | 0.00 | | |
| | Previous Month Charges/Commissions Assessed | | | 0.00 | | | | | 1,365,000.00 | 0.00 | | |
| 9/01/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/02/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/03/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/04/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/05/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/06/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/07/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/08/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/09/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/10/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/11/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/12/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/13/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/14/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/15/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/16/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/17/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/18/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/19/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/20/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/21/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/22/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/23/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/24/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/25/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/26/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/27/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/28/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/29/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| 9/30/10 | | | | | | | | | 1,365,000.00 | 0.00 | | 0.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |