# EXHIBIT D

| | |
|---|---|
| **From:** | Terry Phillips @ SouthPeak |
| **Sent:** | Wednesday, November 03, 2010 01:55 PM |
| **To:** | Paul Martin |
| **Subject:** | Payment schedule |

Paul,

Please see below the payment schedule that we currently feel comfortable with based on delivery schedule from Nintendo, etc...

This amount could be deducted by Rosenthal. Obviously, if for some reason there is a shift in delivery dates or something unforeseen comes up and there is no availability that week from Rosenthal we will have to shift it to the next week.

| *Week Ending* | *Payment* |
|---|---|
| November 12 | $25,000.00 |
| November 19 | $25,000.00 |
| November 26 | $25,000.00 |
| December 3 | $25,000.00 |
| December 10 | $25,000.00 |
| December 17 | $75,000.00 |
| December 24 | $100,000.00 |
| December 31 | $100,000.00 |
| January 7 | $100,000.00 |

January 14 on we would pay $150,000.00 per week until the agreed balance is completed.

Let me know your thoughts or if you have any questions.

Thanks again for your help on this.

Regards,

Terry

Terry Phillips
SouthPeak Games
2900 Polo Parkway

Midlothian, VA 23113  
Phone: 804-378-5100 | Fax: 804-378-6085  
http://www.southpeakgames.com

"This email is confidential and intended solely for the use of the individual to whom it is addressed. If you have received this email in error please notify postmaster@southpeakgames.com."

Click here to report this email as spam.