UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CODEMASTERS GROUP HOLDINGS LIMITED,<br><br>                              Plaintiff,<br><br>     v.<br><br>SOUTHPEAK INTERACTIVE CORPORATION,<br><br>                              Defendant. | Civil Action No. 3:11–CV–068 |

## ORDER

THIS MATTER is before the Court on the Motion to Dismiss filed by Defendant Southpeak Interactive Corporation on March 1, 2011. (Doc. No. 11). Plaintiff Codemasters Group Holdings Limited filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) on March 10. (Doc. No. 14). The complaint to which the motion to dismiss applies no longer has any legal effect. *See Young v. City of Mount Ranier,* 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court DENIES AS MOOT the Motion to Dismiss.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                      /s/
James R. Spencer
Chief United States District Judge

ENTERED this    23rd    day of March 2011.