

EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| CODEMASTERS GROUP HOLDINGS LIMITED,  Plaintiff, | )  )  )  )  ) |
| v. | ) Civil Action No. 3:11-cv-068 |
| SOUTHPEAK INTERACTIVE CORPORATION,  Defendant. | )  )  )  )  ) |

## DECLARATION OF TERRY PHILLIPS

1. My name is Terry Phillips. I am over the age of 18 and a resident of Midlothian, Virginia.

2. Since May 2008, I have served as Chairman of Southpeak Interactive Corporation ("Southpeak").

3. On or about November 27, 2009, Southpeak entered a Settlement Agreement ("Settlement Agreement") with Codemasters Group Holdings, Ltd. ("Codemasters").

4. Prior to executing the Settlement Agreement, and on or about November 2, 2009, I received an email from Simon Parsons, then the Chief Financial Officer of Codemasters, acknowledging the choice of law provision in the Settlement Agreement, and Codemasters' acquiescence to such provision. A true and accurate copy of Mr. Parsons' November 2, 2009 email is attached hereto at Exhibit A.

5. Subsequent to the execution of the Settlement Agreement, Southpeak and Codemasters initiated discussions regarding a possible revised payment schedule.

6. On or about August 5, 2010, I received an email from Julian Ward, then the Director of Business Affairs at Codemasters, to which a proposed written amendment to the Settlement Agreement was attached ("August 5 Proposed Amendment"). Mr. Ward requested that I execute the August 5 Proposed Amendment and return it to him. A true and accurate copy of Mr. Ward's August 5, 2010 email is attached hereto at Exhibit B. Neither I nor anyone else at Southpeak executed, or agreed to the terms of, the August 5 Proposed Amendment.

7. On or about September 22, 2010, I received an email from Simon Moynihan, then Assistant Lawyer for Codemasters, to which another proposed written amendment to the Settlement Agreement was attached ("September 22 Proposed Amendment"). A true and accurate copy of Mr. Moynihan's September 22, 2010 email is attached hereto at Exhibit C. Neither I nor anyone else at Southpeak executed, or agreed to the terms of, the September 22 Proposed Amendment.

8. Rather, on or about September 24, 2010, I received another email from Mr. Moynihan, inquiring as to whether I had been able to review the September 22 Proposed Amendment. A true and accurate copy of Mr. Moynihan's September 24, 2010 email is attached hereto at Exhibit D.

9. On or about September 29, 2010, I emailed Mr. Parsons, informing him that Southpeak had not yet reviewed the business terms of the September 22 Proposed Amendment but was rejecting the payment schedule Codemasters had proposed. I stated that I wished to "confirm [the parties'] understanding of the payment schedule," and informed him that Southpeak had only "agreed to $25,000 /week through the end of November, $50,000 per week through the end of December and $75,000/week thereafter

with the intention of getting the full amount paid with the cash available from [Southpeak's] launch of Two Worlds II." Mr. Parsons replied to this email, acknowledging that these payment terms departed from the terms in the September 22 Proposed Amendment. Specifically, Mr. Parsons stated, "you've changed what we discussed and what you previously offered...." A true and accurate copy of my September 29, 2010 email to Simon Parsons and his September 29, 2010 response is attached hereto at Exhibit E. There was no agreement on the counter-proposals that both parties offered.

10. Subsequently, the parties continued to discuss payment options, and on November 3, 2011, Southpeak offered a new payment schedule. On December 24, 2010, Codemasters accepted that new schedule. In his December 24, 2010 response, Mr. Paul Martin, the new Chief Financial Officer for Codemasters, stated that "[b]ased on [Southpeak's] proposal, which [Codemasters] accepted, [Southpeak is] now at least $200k payable to [Codemasters] today." A true and accurate copy of my November 3, 2010 email to Mr. Martin and his December 24, 2010 response is attached at Exhibit F.

11. At no point did Southpeak make any payment based on the September 22 Proposed Amendment.

I declare under penalty of perjury that the foregoing is true and correct.

This the 24th day of March, 2011.

Terry Phillips

3

| | |
|---|---|
| **From:** | Simon Parsons [Simon.Parsons@codemasters.com] |
| **Sent:** | Monday, November 02, 2009 5:17 AM |
| **To:** | Terry Phillips @ SouthPeak |
| **Cc:** | Julian Ward |
| **Subject:** | SouthPeak Settlement Agreement V3 30-10-09.doc |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | SouthPeak Settlement Agreement V3 30-10-09.doc |

Hi Terry,
I hope you are well. Apologies that this didn't get to you Friday - particularly as I worked on it until late and then it became caught in my outbox from home! Take a look - I don't think there's anything controversial in here - happy to talk once you've been through. You'll note its English Law which I agree is a little strange given that its between 2 US companies - we can leave as is or convert - I'm not precious.
Cheers
Simon


************************************************************************

Disclaimer

The information and attached documentation in this e-mail is intended for the use of the a mailing the sender. Please note that without Codemasters' prior written consent any form

Attachments to this e-mail may contain software viruses. You are advised to take all reaso

Any offer contained in this communication is subject to Codemasters' standard terms & c mail is subject to contract and Codemasters' board approval.
Any views or opinions expressed are solely those of the author and do not necessarily rep

This footnote also confirms that this email message has been swept by
SurfControl for the presence of computer viruses.
************************************************************************



EXHIBIT B

| | |
|---|---|
| **From:** | Julian Ward [julian.ward@codemasters.com] |
| **Sent:** | Thursday, August 05, 2010 10:10 AM |
| **To:** | Terry Phillips @ SouthPeak |
| **Cc:** | Simon Parsons |
| **Subject:** | Codemaster - South Peak Amendment |
| **Importance:** | High |
| **Attachments:** | South Peak Settlement Amendment.doc |

Terry,

I attach an Amendment to the Settlement Agreement. Please arrange to execute duplicate copies and return to me at the address below. Please also send through a scanned signed copy. Simon, looks forward to you calling him today.

Regards

Julian

**Julian Ward
Director, Business Affairs
+44(0)1926 816017
Codemasters, Codemasters Campus
Stoneythorpe, Southam
Warwickshire, CV472DL.
England**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Disclaimer

The information and attached documentation in this e-mail is intended for the use of the a mailing the sender. Please note that without Codemasters' prior written consent any form

Attachments to this e-mail may contain software viruses. You are advised to take all reasc

Any offer contained in this communication is subject to Codemasters' standard terms & c
mail is subject to contract and Codemasters' board approval.
Any views or opinions expressed are solely those of the author and do not necessarily rep

This footnote also confirms that this email message has been swept by
SurfControl for the presence of computer viruses.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



| | |
|---|---|
| From: | Simon Moynihan [simon.moynihan@codemasters.com] |
| Sent: | Wednesday, September 22, 2010 2:05 PM |
| To: | Terry Phillips @ SouthPeak |
| Cc: | Simon Parsons; Paul Martin; Julian Ward |
| Subject: | Codemasters / Southpeak Settlement Agreement |
| Attachments: | South Peak Settlement Amendment 22 Sept 2010.doc; Southpeak Interactive.xlsx |

Dear Terry,

As discussed with Simon, please find attached a revised amendment to the Settlement Agreement. I have also attached Simon's payment calculations, for your reference.

Kind regards

Simon.

**Simon Moynihan | Assistant Lawyer | Codemasters Software Co. Ltd**
Codemasters Campus, Stoneythorpe, Southam, Warwickshire. CV47 2DL
Tel: +44 (0)1926 816000 | Fax: (0)1926 810239
simon.moynihan@codemasters.com
www.codemasters.com

***************************************************************

Disclaimer

The information and attached documentation in this e-mail is intended for the use of the a mailing the sender. Please note that without Codemasters' prior written consent any form

Attachments to this e-mail may contain software viruses. You are advised to take all reaso

Any offer contained in this communication is subject to Codemasters' standard terms & c
mail is subject to contract and Codemasters' board approval.
Any views or opinions expressed are solely those of the author and do not necessarily rep

This footnote also confirms that this email message has been swept by
SurfControl for the presence of computer viruses.
***************************************************************

3/25/2011

| | |
|---|---|
| From: | Simon Moynihan [simon.moynihan@codemasters.com] |
| Sent: | Friday, September 24, 2010 10:51 AM |
| To: | Terry Phillips @ SouthPeak |
| Cc: | Simon Parsons; Paul Martin; Julian Ward |
| Subject: | RE: Codemasters / Southpeak Settlement Agreement |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |
| Attachments: | South Peak Settlement Amendment 22 Sept 2010.doc; Southpeak Interactive.xlsx |

Dear Terry,

I was wondering whether you had been able to review the attached amendment as yet? I would be grateful for your feedback today if possible.

Kind regards

Simon.

---

**From:** Simon Moynihan
**Sent:** 22 September 2010 19:05
**To:** 'terryphillips@southpeakgames.com'
**Cc:** Simon Parsons; Paul Martin; Julian Ward
**Subject:** Codemasters / Southpeak Settlement Agreement

Dear Terry,

As discussed with Simon, please find attached a revised amendment to the Settlement Agreement. I have also attached Simon's payment calculations, for your reference.

Kind regards

Simon.

Simon Moynihan | Assistant Lawyer | Codemasters Software Co. Ltd
Codemasters Campus, Stoneythorpe, Southam, Warwickshire, CV47 2DL
Tel: +44 (0)1926 816000 | Fax: (0)1926 810239
simon.moynihan@codemasters.com
www.codemasters.com

************************************************************************

Disclaimer

The information and attached documentation in this e-mail is intended for the use of the addressee only and is confidential. If you are not the intended mailing the sender. Please note that without Codemasters' prior written consent any form of distribution, copying or use of this communication or the

Attachments to this e-mail may contain software viruses. You are advised to take all reasonable precautions to minimise this risk and to carry out a vi

Any offer contained in this communication is subject to Codemasters' standard terms & conditions and must be signed by both parties. Except as exp
mail is subject to contract and Codemasters' board approval.
Any views or opinions expressed are solely those of the author and do not necessarily represent those of Codemasters.

This footnote also confirms that this email message has been swept by
SurfControl for the presence of computer viruses.
************************************************************************

3/25/2011

| | |
|---|---|
| From: | Simon Parsons [Simon.Parsons@codemasters.com] |
| Sent: | Wednesday, September 29, 2010 3:37 PM |
| To: | Terry Phillips @ SouthPeak |
| Cc: | Paul Martin |
| Subject: | RE: Codemasters / Southpeak Settlement Agreement |
| Follow Up Flag: | Follow up |
| Flag Status: | Yellow |

Hi Terry – you've changed what we discussed and what you previously offered - $25k per w in Oct, $50k in Nov and the $75 in Dec etc etc.  Can you confirm please before we see R & R Thx

Simon Parsons | Chief Financial Officer | Codemasters Software Co. Ltd
Codemasters Campus, Stoneythorpe, Southam, Warwickshire, CV47 2DL
Tel: +44 (0)1926 819202 | Mob: +44 (0)774 7535851 | Fax: +44 (0)1926 810239
simon.parsons@codemasters.com
www.codemasters.com

**From:** Terry Phillips @ SouthPeak [mailto:tphillips@southpeakgames.com]
**Sent:** 29 September 2010 19:49
**To:** Simon Parsons
**Subject:** RE: Codemasters / Southpeak Settlement Agreement

Hi Simon,

We have not yet had the opportunity to have this amendment agreement reviewed by counsel. However, I did want to confirm our understanding of the payment schedule. We have agreed to $25,000 /week through the end of November, $50,000 per week through the end of December and $75,000/week thereafter with the intention of getting the full amount paid with the cash available from our launch of Two Worlds II.

Regards,

Terry

**From:** Simon Parsons [mailto:Simon.Parsons@codemasters.com]
**Sent:** Wednesday, September 29, 2010 2:24 PM
**To:** Terry Phillips @ SouthPeak
**Cc:** Paul Martin
**Subject:** Fw: Codemasters / Southpeak Settlement Agreement

Fyi below - its was Simon M that sent the original.

**From:** Simon Moynihan
**Sent:** Friday, September 24, 2010 03:51 PM
**To:** 'terryphillips@southpeakgames.com' <terryphillips@southpeakgames.com>
**Cc:** Simon Parsons; Paul Martin; Julian Ward
**Subject:** RE: Codemasters / Southpeak Settlement Agreement

Dear Terry,

I was wondering whether you had been able to review the attached amendment as yet? I would be grateful for your feedback today if possible.

Kind regards

Simon.

**From:** Simon Moynihan
**Sent:** 22 September 2010 19:05
**To:** 'terryphillips@southpeakgames.com'
**Cc:** Simon Parsons; Paul Martin; Julian Ward
**Subject:** Codemasters / Southpeak Settlement Agreement

Dear Terry,

As discussed with Simon, please find attached a revised amendment to the Settlement Agreement. I have also attached Simon's payment calculations, for your reference.

Kind regards

Simon.

**Simon Moynihan | Assistant Lawyer | Codemasters Software Co. Ltd**
Codemasters Campus, Stoneythorpe, Southam, Warwickshire. CV47 2DL
Tel: +44 (0)1926 816000 | Fax: (0)1926 810239
simon.moynihan@codemasters.com
www.codemasters.com

***

Disclaimer

The information and attached documentation in this e-mail is intended for the use of the addressee only and is confidential. If you are not the intended recipient please delete it mailing the sender. Please note that without Codemasters' prior written consent any form of distribution, copying or use of this communication or the information in it is strict

Attachments to this e-mail may contain software viruses. You are advised to take all reasonable precautions to minimise this risk and to carry out a virus check on any docume

Any offer contained in this communication is subject to Codemasters' standard terms & conditions and must be signed by both parties. Except as expressly provided otherwise mail is subject to contract and Codemasters' board approval.
Any views or opinions expressed are solely those of the author and do not necessarily represent those of Codemasters.

This footnote also confirms that this email message has been swept by
SurfControl for the presence of computer viruses.
****************************************************************************

"This email is confidential and intended solely for the use of the individual to whom it is addressed. If you have received this email in error please notify postmaster@southpeakgames.com."

Click here to report this email as spam.

****************************************************************************
Disclaimer

The information and attached documentation in this e-mail is intended for the use of the addressee only and is confidential. If you are not the intended mailing the sender. Please note that without Codemasters' prior written consent any form of distribution, copying or use of this communication or the

Attachments to this e-mail may contain software viruses. You are advised to take all reasonable precautions to minimise this risk and to carry out a vi

Any offer contained in this communication is subject to Codemasters' standard terms & conditions and must be signed by both parties. Except as exp mail is subject to contract and Codemasters' board approval.
Any views or opinions expressed are solely those of the author and do not necessarily represent those of Codemasters.

This footnote also confirms that this email message has been swept by
SurfControl for the presence of computer viruses.
****************************************************************************

3/25/2011

**From:** Paul Martin [mailto:paul.martin@codemasters.com]
**Sent:** Friday, December 24, 2010 4:23 AM
**To:** Terry Phillips @ SouthPeak
**Cc:** Gary Norman
**Subject:** RE: Payment schedule

Terry,

Based on your proposal, which we accepted, you are now at least $200k payable to us today. Can you confirm that you are releasing these funds through R&R?

Thanks

Paul

---

**From:** Terry Phillips @ SouthPeak [mailto:tphillips@southpeakgames.com]
**Sent:** 03 November 2010 17:55
**To:** Paul Martin
**Subject:** Payment schedule

Paul,

Please see below the payment schedule that we currently feel comfortable with based on delivery schedule from Nintendo, etc...

This amount could be deducted by Rosenthal. Obviously, if for some reason there is a shift in delivery dates or something unforeseen comes up and there is no availability that week from Rosenthal we will have to shift it to the next week.

| Week Ending | Payment |
|---|---|
| November 12 | $25,000.00 |
| November 19 | $25,000.00 |
| November 26 | $25,000.00 |
| December 3 | $25,000.00 |
| December 10 | $25,000.00 |
| December 17 | $75,000.00 |
| December 24 | $100,000.00 |
| December 31 | $100,000.00 |
| January 7 | $100,000.00 |

January 14 on we would pay $150,000.00 per week until the agreed balance is completed.

Let me know your thoughts or if you have any questions.

Thanks again for your help on this.

Regards,

Terry

Terry Phillips
SouthPeak Games
2900 Polo Parkway
Midlothian, VA 23113
Phone: 804-378-5100 | Fax: 804-378-6085
http://www.southpeakgames.com

---

"This email is confidential and intended solely for the use of the individual to whom it is addressed. If you have received this email in error please notify postmaster@southpeakgames.com."

Click here to report this email as spam.

***************************************************************************
Disclaimer

The information and attached documentation in this e-mail is intended for the use of the addressee only and is confidential. If you are not the intended recipient please delete it mailing the sender. Please note that without Codemasters' prior written consent any form of distribution, copying or use of this communication or the information in it is strict

Attachments to this e-mail may contain software viruses. You are advised to take all reasonable precautions to minimise this risk and to carry out a virus check on any docume

Any offer contained in this communication is subject to Codemasters' standard terms & conditions and must be signed by both parties. Except as expressly provided otherwise mail is subject to contract and Codemasters' board approval.
Any views or opinions expressed are solely those of the author and do not necessarily represent those of Codemasters.

This footnote also confirms that this email message has been swept by
SurfControl for the presence of computer viruses.
**************************************************************************

"This email is confidential and intended solely for the use of the individual to whom it is addressed. If you have received this email in error please notify postmaster@southpeakgames.com."

3/25/2011