UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| CODEMASTERS GROUP HOLDINGS LIMITED, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHPEAK INTERACTIVE CORPORATION, a Delaware Corporation,<br><br>Defendant. | Civil Action No.: 3:11-cv-068 (JRS) |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Codemasters Group Holdings Limited, by counsel, voluntarily dismisses this action without prejudice.

DATED: April 8, 2011

Respectfully submitted,

/s/
Brandon H. Elledge (VSB#: 45349)
brandon.elledge@hklaw.com
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Telephone: (703) 720-8015
Facsimile: (703) 720-8610

*Counsel for Plaintiff*
*Codemasters Group Holdings Limited*

Of Counsel:

John M. Toriello, Esq.
Christine Tramontano, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10059
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2011, I electronically filed a copy of the foregoing to the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

William R. Poynter
WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, Virginia 23462
Telephone: (757) 499-8800
Facsimile: (757) 473-0395
wpoynter@williamsmullen.com

Robert C. Van Arnam
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4055
Facsimile: (919) 981-4300
rvanarnam@williamsmullen.com

*Counsel for Defendant Southpeak Interactive Corporation*

/s/
Brandon H. Elledge (VSB#: 45349)
brandon.elledge@hklaw.com
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Telephone: (703) 720-8015
Facsimile: (703) 720-8610

*Counsel for Plaintiff*
*Codemasters Group Holdings Limited*

Of Counsel:

John M. Toriello, Esq.
Christine Tramontano, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10059
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

#10182923_v1