UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CODEMASTERS GROUP HOLDINGS
LIMITED,

                            Plaintiff,

    v.                                    Civil Action No. 3:11–CV–068

SOUTHPEAK INTERACTIVE
CORPORATION,

                            Defendant.

**ORDER**

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 20). Upon due consideration, the Court DISMISSES this action without prejudice.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                        /s/
                                  James R. Spencer
                                  Chief United States District Judge

ENTERED this   11th   day of April 2011.